UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

AMERICAN INTERNATIONAL GROUP INC.,
                         Plaintiff,

                    Case No. 07-CV-10689 (DAB)

                    STIPULATION
    v.-                  AND ORDER AS TO
                    SUBSTITUTION OF
                    COUNSEL

TIMOTHY KANIA,

                        Defendant.
---------------------------------------------------------------X

       Pursuant to S. & E.D.N.Y. L.R. 1.4, IT IS HEREBY STIPULATED AND ORDERED

that, based upon the request of the defendant, Kasowitz, Benson, Torres & Friedman LLP be

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 12/11/2007*

substituted as counsel for defendant in place and stead of Skadden, Arps, Slate, Meagher & Flom LLP.

Dated: New York, New York
December 10, 2007

                          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
Christopher R. Johnson
1633 Broadway
New York, NY 10019
(212) 506-1736
Substituted Counsel for Defendant

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
John L. Gardiner
4 Times Square
New York, NY 10036
(212) 735-2442
Withdrawing Counsel for Defendant

So Ordered this 11th day of December 2007

_____
Honorable Deborah A. Batts

2