UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AMERICAN INTERNATIONAL GROUP INC., :
                Plaintiff, :
: Case No. 07-CV-10689
: (DAB)
:
: (ECF)
v.- :
: **NOTICE OF**
: **APPEARANCE**
:
TIMOTHY KANIA, :
:
            Defendant. :
------------------------------------------------------------------------X

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for defendant.

    I certify that I am admitted to practice in this court.


Dated: New York, New York
       December 10, 2007


                                KASOWITZ, BENSON, TORRES
                                & FRIEDMAN LLP

                                Leslie M. Ballantyne
                                1633 Broadway
                                New York, New York  10019
                                Phone: (212) 506-1700
                                Fax: (212) 506-1800

                                Attorneys for Defendant Timothy Kania