```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMERICAN INTERNATIONAL GROUP INC.,       :
                        Plaintiff,       :
                                         :   Case No. 07-CV-10689
                                         :   (DAB)
                                         :
                                         :   (ECF)
          v.-                            :
                                         :   NOTICE OF
                                         :   APPEARANCE
                                         :
TIMOTHY KANIA,                           :
                                         :
                        Defendant.       :
------------------------------------------------------------------X
```

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for defendant.

    I certify that I am admitted to practice in this court.


Dated: New York, New York
       December 10, 2007


                                          KASOWITZ, BENSON, TORRES
                                          & FRIEDMAN LLP

                                          Christopher P. Johnson
                                          1633 Broadway
                                          New York, New York  10019
                                          Phone: (212) 506-1700
                                          Fax: (212) 506-1800

                                          Attorneys for Defendant Timothy Kania