KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

CHRISTOPHER P. JOHNSON
PARTNER
212-506-1736
CJOHNSON@KASOWITZ.COM

212-506-1700

FACSIMILE: 212-506-1800

December 18, 2007

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO





**VIA FEDERAL EXPRESS**

The Honorable Deborah A. Batts
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

    Re:    American International Group Inc. v. Kania
            Civil Action No. 07 CV 10689

Dear Judge Batts:

    We represent Defendant Timothy Kania ("Defendant") in the above-referenced action. We write respectfully to request a 20-day extension of the time within which Defendant can answer, move, or otherwise respond to Plaintiff's Complaint, from Thursday, December 20, 2007 to Wednesday, January 9, 2008. There have been no prior requests for an adjournment of this date, and counsel for Plaintiff consents to this application.

    We thank the Court for its time and consideration of this matter.

Respectfully submitted,

Christopher P. Johnson

cc:    Michael B. Carlinsky, Esq.

SO ORDERED:

_____
Deborah A. Batts, U.S.D.J.

**SO ORDERED**

*Deborah A. Batts* 12/19/2007
**DEBORAH A. BATTS**
**UNITED STATES DISTRICT JUDGE**