MEMO ENDORSED

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

CHRISTOPHER P. JOHNSON
PARTNER
212-506-1736
CJOHNSON@KASOWITZ.COM

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO

January 8, 2008



**VIA HAND DELIVERY**

The Honorable Deborah A. Batts
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

Re: American International Group Inc. v. Kania
Civil Action No. 07 CV 10689

Dear Judge Batts:

We represent Defendant Timothy Kania ("Defendant") in the above-referenced action. We write respectfully to request a two-week extension of the time within which Defendant can answer, move, or otherwise respond to Plaintiff's Complaint, from Wednesday, January 9, 2008 to Wednesday, January 23, 2008. Counsel for Plaintiff consents to this application. This is the second request by Defendant for additional time; Your Honor had previously granted a 20-day extension of this deadline.

We thank the Court for its time and consideration of this matter.

**SO ORDERED**

_Deborah A. Batts_  1/9/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_Christopher P. Johnson_
Christopher P. Johnson

cc: Michael B. Carlinsky, Esq.

MEMO ENDORSED

SO ORDERED:

_____
Deborah A. Batts, U.S.D.J.