KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO

BRIAN S. KAPLAN
212-506-1743
BKAPLAN@KASOWITZ.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2008

January 18, 2008

**MEMO ENDORSED**

RECEIVED
JAN 22 2008
CHAMBERS OF
DEBORAH A. BATTS

**VIA FEDERAL EXPRESS**

The Honorable Deborah A. Batts
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

Re: American International Group Inc. v. Kania
Civil Action No. 07 CV 10689

Dear Judge Batts:

We represent Defendant Timothy Kania ("Defendant") in the above-referenced action. Due to ongoing discussions between the parties, we write respectfully to request a two-week extension of the time within which Defendant can answer, move, or otherwise respond to Plaintiff's Complaint, from Wednesday, January 23, 2008 to Wednesday, February 6, 2008. Counsel for Plaintiff consents to this application. This is the third request by Defendant for additional time; Your Honor previously granted a 20-day and a two-week extension of this deadline.

Granted
/s/ DAB
1/22/2008

We thank the Court for its time and consideration of this matter.

**SO ORDERED**

*Deborah A. Batts* 1/22/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Brian S. Kaplan

cc: Kevin S. Reed, Esq.

SO ORDERED:

_____
Deborah A. Batts, U.S.D.J.