Case 1:07-cv-10689-DAB Document 11     Filed 02/14/2008     Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/2008

BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMERICAN INTERNATIONAL          :
GROUP, INC.,                    :
                                :    Case No. 07 Civ. 10689 (DAB)
                    Plaintiff,  :
                                :    STIPULATION AND ORDER OF
        -v-                     :    SETTLEMENT AND DISMISSAL
                                :
TIMOTHY KANIA,                  :
                                :
                    Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, Plaintiff American International Group, Inc. ("AIG") commenced

the above-captioned action against Defendant Timothy Kania ("Kania") (the "Action"); and

WHEREAS, AIG and Kania have reached a settlement agreement, dated as of

January 28, 2008, that has been fully executed, providing for a full and final settlement of the

Action on the terms and conditions set forth therein, without any admission of liability or

wrongdoing on the part of or on behalf of any of the Parties;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and

among the undersigned counsel, on behalf of the Parties hereto, as follows:

1.      Kania will not, at any time, possess in tangible form, use or disclose, on

Kania's own behalf, or on behalf of any third party, any confidential, proprietary or trade secret

information belonging to AIG or any of its subsidiaries or affiliates ("AIG Confidential

Information"). As used in this Stipulation, the term "AIG Confidential Information" shall not

include any information that is or was: (i) already known to Kania prior to his affiliation with

AIG; (ii) publicly available or that may become available in the public domain through no fault

or wrongful act of Kania; (iii) approved for public release by express written authorization of

AIG; or (iv) sent to Kania by AIG following his resignation from AIG.

    2.    Until December 31, 2008, Kania will not solicit any employee of AIG or

its subsidiaries or affiliates to leave his or her employment with AIG or its subsidiaries or

affiliates for a position with or to render services to any other person or entity.

    3.    This Stipulation is effective immediately, without the need for any bond to

be posted.

    4.    The action shall be and is hereby dismissed with prejudice, each party to

bear its own costs and attorneys' fees.

    5.    This Court shall retain jurisdiction over the parties for the purpose of any

proceeding to enforce this Stipulation.

Dated: New York, New York
      January 31, 2008

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: _____
    Michael B. Carlinsky
    Kevin S. Reed
    Carly R. Bellis

Attorneys for Plaintiff
51 Madison Avenue
22nd Floor
New York, New York 10010
(212) 849-7000

KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP

By: _____
    Christopher P. Johnson
    Brian S. Kaplan
    Leslie M. Ballantyne

Attorneys for Defendant
1633 Broadway
New York, New York 10019
(212) 506-1700

SO ORDERED:

Deborah A. Batts
U.S.D.J.